# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CLAYTON SCHULZE,

     Petitioner

     v.

ERIE WATER AUTHORITY, MAYOR
JOE SINNOTT, ERIE CITY COUNCIL,
DAVID BRENAN, ROBERT MERSKI,
JOHN EVANS, JAMES WINARSKI,
MELVIN WITHERSPOON, JESSICA
KUNCO,

     Respondents

: No. 73 WAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.